897 A.2d 1165

**In re Nomination Petition of Edward
A. TOMASELLI, Petitioner.**

Supreme Court of Pennsylvania.

April 25, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April 2006, the Petition of Allowance of Appeal is **GRANTED.** The Order of the Commonwealth Court dated March 31, 2006 is **REVERSED.** The burden of proof with regard to Objections to Nomination Petitions rests with the Objector. *In re Nomination of Flaherty,* 564 Pa. 671, 679, 770 A.2d 327, 331 (2001). The Order of the Court of Common Pleas of Philadelphia County dated March 21, 2006 is **REINSTATED.**